DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GEORGE C. GRIMSLEY,**
Appellant,

v.

**MALIBU BAY APARTMENTS,**
Appellee.

No. 4D18-18

[April 26, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Lisa S. Small, Judge; L.T. Case No. 2016CA002044AXXMB.

George C. Grimsley, West Palm Beach, pro se.

Ryan R. McCain and Darren J. Ayoub of Barfield, McCain, P.A., Palm Beach Gardens, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, CONNER and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***